| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Ward, Thomas J. | 2. Court or Organization U.S. District Court, TX-E | 3. Date of Report 05/11/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge (Active) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address 100 East Houston Street Marshall, Texas 75670 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Joint Venturer | J&J Joint Venture #1. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2010 MAY 12 A 10: 51 FINANCIAL DISCLOSURE OFFICE

Ward, Thomas J.

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J. | 05/11/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Practising Law Institute | March 2-3, 2009 | New York, New York | Panel participant | Travel, lodging and meals |
| 2. | American College of Trial Lawyers | March 25-28, 2009 | San Antonio, Texas | Judge Nat'l trial competition | Travel, lodging and meals |
| 3. | Intellectual Property Law Summer Institute | July 23-25, 2009 | Traverse City, Michigan | Panel participant | Travel, lodging and meals |
| 4. | Texas ABOTA | October 24, 2009 | San Antonio, Texas | Receive award | Lodging and meals |
| 5. | University of Texas | October 29-30, 2009 | Austin, Texas | Panel participant | Travel, lodging and meals |
| 6. | Center for American and International Law | November 9, 2009 | Dallas, Texas | Panel participant | Travel and meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J. | 05/11/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Former Law Clerks | 10 yr. celebration of service with dinner, invited guests and gift of antique pistol | $3,628.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Hartford Life Variable Annuity | | None | L | T | | | | |
| 2. | AXA Equitable Annuity | D | Interest | M | T | | | | |
| 3. | Hartford Life Variable Annuity | | None | K | T | | | | |
| 4. | NE Territory Addition LLC Garden City Kansas | | None | K | U | | | | |
| 5. | Las Cruces Associates located Las Cruces, New Mexico | D | Rent | J | U | | | | |
| 6. | UBS Bank USA (accounts) | A | Interest | | | Closed | 10/05/09 | L | |
| 7. | Fidelity Municipal Money Market (FTEXX) | A | Interest | M | T | Open | 10/05/09 | N | |
| 8. | Amer. Funds Capital World Growth and Income Fund CLA (CWGIX) | A | Dividend | J | T | | | | |
| 9. | American Funds Capital Growth World Bond Fund CLA (CWBFX) | A | Dividend | J | T | | | | |
| 10. | American Funds Growth Fund of America Class A (AGTHX) | A | Dividend | J | T | | | | |
| 11. | American Funds Income Fund of America CLA (AMECX) | A | Dividend | K | T | | | | |
| 12. | American Funds Investment Co. of America CLA (AVIVSX) | A | Dividend | J | T | | | | |
| 13. | American Funds New Economy Fund CLA (ANEFX) | A | Dividend | J | T | | | | |
| 14. | American Funds New Perspective Fund CLA (ANWPX) | A | Dividend | J | T | | | | |
| 15. | IRA #1 | E | Int./Div. | N | T | | | | |
| 16. | -Amer. Bond Funds of Amer. Class A (ABNDX) | A | Interest | L | T | | | | See Sec. VIII |
| 17. | - Putnam Master Int. Inc. Trust | A | Interest | J | T | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -American Funds Capital World Bond Fund CLA (CWBFX) | A | Interest | K | T | | | | | |
| 19. -American Funds Income Fund of America CLA (AMECX) | A | Dividend | K | T | | | | | |
| 20. -Discover BK DE US CD | A | Interest | | | Redeemed | 5/13/09 | K | | |
| 21. -Wachovia BK HA NC US CD | A | Interest | | | Redeemed | 8/25/09 | K | | |
| 22. -National City BK OH US CD | A | Interest | | | Redeemed | 1/28/09 | K | | |
| 23. -GE Capital InterNotes | A | Interest | K | T | | | | | |
| 24. -General Electric Co. Bond | B | Interest | K | T | | | | | |
| 25. -Amer. Funds US Gov't Securities Fund of Amer. CLA (AMUSX) | B | Interest | K | T | | | | | |
| 26. -Intermediate Bond Fund of America CLA (AIBAX) | B | Interest | K | T | | | | | |
| 27. -FHLB Call Bond | A | Interest | K | T | | | | | |
| 28. -FHLMC Call Notes | A | Interest | K | T | | | | | |
| 29. -Comercia Bank MI US CD | A | Interest | | | Buy | 03/13/09 | K | | |
| 30. -Comerica Bank MI US CD | A | Interest | | | Redeemed | 10/01/09 | K | | |
| 31. -Little Bank Inc. CD | A | Interest | K | T | Buy | 3/27/09 | K | | |
| 32. -Marshall & Ilsley Bank WIS CD | B | Interest | K | T | | | | | |
| 33. -Fidelity Cash Reserves (FDRXX) | A | Interest | M | T | Open | 10/07/09 | M | | |
| 34. IRA #2 | D | Int./Div. | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. –Amer. Funds Capital Growth World Bond Fund CLA (CWBFX) | A | Interest | J | T | | | | | |
| 36. -American Funds Income Fund of America CLA (AMECX) | A | Dividend | K | T | | | | | |
| 37. -American Funds US Gov't Securities Fund CLA (AMUSX) | A | Interest | K | T | | | | | |
| 38. -Ameican Funds Bond Fund of America CLA (ABNDX) | A | Interest | K | T | | | | | |
| 39. -Amer. Funds Intermediate Bond Fund of Amer. CLA (AIBAX ) | A | Interest | K | T | | | | | |
| 40. -Fidelity Cash Reserve (FDRX) | A | Interest | J | T | Open | 10/07/09 | J | | |
| 41. Tx Bank & Trust (fka Longview Bank & Trust)(Accts) | C | Interest | L | T | | | | | |
| 42. Real Estate, Upshur County, Texas | | None | J | W | | | | | |
| 43. NAB Asset Corp. Common Stock | | None | J | T | | | | | |
| 44. Cherokee Water Co. Common Stock | | None | J | T | | | | | |
| 45. Cherokee Club Capital Stock | | None | J | T | | | | | |
| 46. Southside Bank (accounts) | C | Interest | M | T | | | | | |
| 47. Ponderosa Gathering, LLC located Gregg County, Texas | | None | J | U | | | | | |
| 48. Account Receivable | | None | J | U | | | | | |
| 49. J&J Joint Venture No. 1, Longview, TX | | None | J | U | | | | | |
| 50. CIBC Oppenheimer Money Market Accounts | A | Interest | J | T | | | | | |
| 51. Viropharma Inc. Common Stock (VPHM) | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Microsoft Corporation Common Stock (MSFT) | A | Dividend | J | T | | | | | |
| 53. New Jersey Development Authority Bond | A | Interest | J | T | | | | | |
| 54. Working Interest - Denson #1, Gregg County, Texas | C | Royalty | J | W | | | | | |
| 55. Working Interest - J.Bussey #1, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 56. Working Interest - Culpepper #3, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 57. Working Interest - Flewellen #3, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 58. Working Interest - Flewellen #4, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 59. Working Interest - Castleberry #3, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 60. Working Interest - Denson #2, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 61. Working Interest - Denson #3, Gregg County, Texas | | None | J | W | | | | | |
| 62. Working Interest - Denson #4, Gregg County, Texas | | None | J | W | | | | | |
| 63. Working Interest - Castleberry #4, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 64. Working Interest - Flewellen #5, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 65. Working Interest - Castleberry #5, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 66. Working Interest - Culpepper #5, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 67. Working Interest - Culpepper #6, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 68. Working Interest - Castleberry #10, Gregg County, Texas | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period |  | C. Gross value at end of reporting period |  | D. Transactions during reporting period |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|
|  | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Working Interest - Flewellen #7, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 70. Working Interest - Castleberry #11, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 71. Working Interest - Culpepper #7, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 72. Working Interest - Flewellen #8, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 73. Working Interest - Flewellen #9, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 74. Working Interest - Trudie Bruton #1, Gregg County, Texas | A | Royalty | K | W | | | | | |
| 75. Working Interest - Denson #5, Gregg County, Texas (WSP) | A | Royalty | J | W | | | | | |
| 76. Working Interest - Castleberry #6, Gregg County, Texas (WSP) | A | Royalty | J | W | | | | | |
| 77. Working Interest - Castleberry #7, Gregg County, Texas (WSP) | A | Royalty | J | W | | | | | |
| 78. Working Interest - Castleberry #8, Gregg County, Texas (WSP) | A | Royalty | J | W | | | | | |
| 79. Royalty - Davis #1, Wood County, Texas | A | Royalty | J | W | | | | | |
| 80. Working Interest -Utzman #1, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 81. Working Interest - McCarter #1, Rusk County, Texas | A | Royalty | J | W | | | | | |
| 82. Working Interest - W.W. Mackey #2, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 83. Longview, TX Municipal Bonds | A | Interest | K | T | | | | | |
| 84. Pleasanton, TX Municipal Bond | B | Interest | K | T | | | | | |
| 85. Brazos River Authority Bond | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
|  | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
|  | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
|  | P3 =$25,000,001 - $50,000,000 |  | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
|  | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period<br><br>(1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period<br><br>(1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period<br><br>(1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. TX State Technical College Bond | A | Interest | K | T | | | | | |
| 87. Brazosport, TX ISD Bond | B | Interest | K | T | | | | | |
| 88. Killeen, TX Municipal Bond | A | Interest | K | T | | | | | |
| 89. Kate Dudley #1 Working Interest, Gregg County, TX | A | Royalty | J | W | Sold (part) | 5/01/09 | J | A | Katy Resources Inc. |
| 90. First National Albany - Breckenridge Bank Accounts | C | Interest | M | T | | | | | |
| 91. Pauline & Charles Davis #1 Working Int.,Harrison Co.,TX | A | Royalty | J | W | | | | | |
| 92. Mary B. Allen #2 Working Interest, Gregg County, TX | A | Royalty | J | W | | | | | |
| 93. Patton-Jarvis #1 Working Interest, Gregg County, TX | B | Royalty | J | W | Sold (part) | 5/01/09 | J | A | Katy Resources Inc. |
| 94. McMichael #1 Working Interest, Gregg County, TX | A | Royalty | J | W | Sold (part) | 5/01/09 | J | A | Katy Resources Inc. |
| 95. Williams #1 Working Interest, Leon County, TX | A | Royalty | J | W | | | | | |
| 96. Williams #2 Working Interest, Leon County, TX | A | Royalty | J | W | | | | | |
| 97. KC Timberland #1 Working Interest, Rusk County, TX | D | Royalty | K | W | | | | | |
| 98. Katy, TX ISD Bond | B | Interest | L | T | | | | | |
| 99. Houston, TX Arpt System Bond | C | Interest | K | T | | | | | |
| 100. La Joya, TX Indpt. School District Bond | B | Interest | L | T | | | | | |
| 101. DeSoto, TX Indpt. School District Bond | B | Interest | K | T | | | | | |
| 102. Hays, TX Indpt School District Bond | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. KC Timberland #2 Rusk Co. TX WI | D | Royalty | K | W | | | | | |
| 104. Flagstone Reinsurance Holdings Ltd Com Stk (FSR) | | None | K | T | Buy | 12/23/09 | K | | |
| 105. White Mountains Ins. Group Com Stk (WTW) | | None | K | T | Buy | 12/23/09 | K | | |
| 106. Kraft Foods Inc. CL A (KFT) | | None | K | T | Buy | 10/14/09 | K | | |
| 107. Coca Cola Co. (KO) | A | Dividend | K | T | Buy | 10/14/09 | K | | |
| 108. Heinz H. J. Co. (HNZ) | | None | K | T | Buy | 10/14/09 | K | | |
| 109. Dish Network Corp. CLA (DISH) | | None | K | T | Buy | 12/23/09 | K | | |
| 110. Glaxosmithkline ADR (GSK) | | None | K | T | Buy | 10/14/09 | K | | |
| 111. Hershey Co. (HSY) | A | Dividend | K | T | Buy | 10/14/09 | K | | |
| 112. Sanofi-Aventis Spon ADR (SNY) | | None | K | T | Buy | 10/14/09 | K | | |
| 113. Wal-Mart Stores, Inc. (WMT) | | None | K | T | Buy | 10/14/09 | K | | |
| 114. Unilever PLC ADS-EA (UL) | A | Dividend | K | T | Buy | 10/14/09 | K | | |
| 115. Morgan Stanley S & P 500 Index A Custodial Accts UTMA-TX | A | Dividend | J | T | | | | | See Section VIII |
| 116. Working Interest Jordan #1 Rusk Co., TX | | None | J | W | Buy | 02/09/09 | J | | Machin & Associates |
| 117. Working Interest Putman #1 Cass Co., TX | | None | J | W | Buy | 12/09/09 | J | | Machin & Associates |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J. | 05/11/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII.  INVESTMENTS AND TRUSTS

Item Nos. 4 and 5:  Undivided interest in real estate limited partnership.  Filer cannot direct, influence or in any manner effect the purchase, exchange, sale, or disposition of the entity or property of entity.

Item No. 15: Reported in the aggregate.  Items 16-33 identify the separate assets held in Item 15.

Item No. 16:  This item was inadvertently left off of filers 2008 report.  This asset was purchased on 1/24/08 when several trades were made by former broker in filer's account as reflected in 2008 report.  The market value at time of purchase should have been reported in column D(3) as L.  In the 2008 report the remaining values should have been as Column B(1)A;  B(2) Interest; C(1) L; C(2) T.

Item No. 34:  Reported in the aggregate.  Items 35-40 identify the separate assets held in Item 34.

Item No. 48:  Debtor is NE Territory Addition LLC identified in item number 4.

Item No. 49:  Filer is passive investor in this joint venture real estate investment; assets are undivided interests in real estate limited partnership. Neither filer nor joint venture can direct, influence or in any manner effect the purchase, exchange, sale or disposition of limited partnership assets.

Item Nos. 75, 76, 77 and 78:  Funds attributable to filer's working interest in these wells are distributed to filer by Willow Springs Farmout Partnership (WSP). Filer is not a partner in WSP and has no capital account in WSP.  Filer farmed out his working interest to WSP along with other working interest owners of leasehold estates in approximately December 1994.

Item Nos. 89, 93, 94, and 95:  Partial sale of rights below depth of completion of original well with certain retained rights in favor of filer.

Item No. 115:  This custodial account is reported because it reached the threshold value in 2009.

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J. | 05/11/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544